UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

ALEXANDRA BALDWIN,

Petitioner,

v.

MERCURY BROADBAND, LLC, Hon. Stephen J. Murphy, III

Respondent.

PETITIONER'S CONTACT INFORMATION:

Alexandria Baldwin

3951 Wadhams Rd.

Clyde, MI 48049

Alexmbaldwin@gmail.com

734-740-2771

Case No.:

Hon.

Case: 4:26-cv-10728
Assigned To : Kumar, Shalina D.
Referral Judge: Grand, David R.
Assign. Date : 3/3/2026
Description: Baldwin v. Mercury
Broadband, LLC (tt)

## PETITION TO COMPEL ARBITRATION PURSUANT TO 9 U.S.C. § 4 OR, IN THE ALTERNATIVE, FOR RETENTION OF JURISDICTION

(Companion Case: Casares v. Mercury Broadband, LLC, 2:25-cv-13255)

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 and 9 U.S.C. § 4.

2. Venue is proper under 28 U.S.C. § 1391 as the acts and omissions occurred in this District.

### II. COMPANION CASE NOTICE (E.D. Mich. LR 83.11)

3. Petitioner identifies this matter as a companion case to Casares v. Mercury Broadband, LLC, Case No. 2:25-cv-13255, currently assigned to the Honorable Stephen J. Murphy, III.

4. Both cases involve the same Defendant (Mercury Broadband, LLC) and center on a "common nucleus of operative fact"—namely, the systemic failure of Mercury's broadband infrastructure and their subsequent bad-faith handling of consumer service obligations.

5. In the interest of judicial economy and to avoid inconsistent rulings, Petitioner respectfully requests this matter be assigned to Judge Murphy.

### III. FACTUAL ALLEGATIONS

6. Petitioner and Mercury are parties to a Service Agreement mandating binding arbitration.

7. Following months of service failure, Mercury conducted a 2.5-hour engineering "capture" on Dec 11,

2025, where staff admitted "buffers are full" and service was "not normal."

8. Mercury has since withheld these results and falsely claimed to the FCC, MPSC, and AG that Petitioner "refused to cooperate."

9. Petitioner filed with the AAA (Case #[01-26-0000-7728]) and paid all fees. AAA has declined to proceed because Mercury has failed to fulfill its administrative and forum-designation prerequisites.

10. Petitioner served a 72-hour "Notice to Cure" on Feb 27, 2026. Mercury failed to respond, creating a procedural impasse designed to deny Petitioner any forum for relief.

IV. CLAIM FOR RELIEF

11. Petitioner moves this court to compel arbitration under 9 U.S.C. § 4.

12. Because Respondent's conduct has rendered the arbitration forum unavailable, Petitioner requests that if arbitration is not live and functional within a court-ordered timeframe, this Court find that Respondent has waived its right to arbitrate and assume jurisdiction over the merits.

PRAYER FOR RELIEF

WHEREFORE, Petitioner requests:

1. An Order compelling Mercury to finalize AAA prerequisites within seven (7) days;

2. Contingent Jurisdiction: An Order stating that if arbitration remains stalled after seven (7) days, this Court will retain jurisdiction to hear the underlying claims;

3. Production of the Dec 11, 2025 capture data as a condition of any stay; and

4. Any other relief the Court deems just.

Dated: 3/3/26

S/ Alexandra Baldwin

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

County in which action arose: __Saint Clair__

Case: 4:26-cv-10728
Assigned To : Kumar, Shalina D.
Referral Judge: Grand, David R.
Assign. Date : 3/3/2026
Description: Baldwin v. Mercury Broadband, LLC (tt)

## I. (a) PLAINTIFFS
Alexandra Baldwin

**DEFENDANTS**
Mercury Broadband, LLC

(b) County of Residence of First Listed Plaintiff __Alexandra Baldwin__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant __Mercury Broadband, LLC__
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☒ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
9 U.S.C. Sub Section 4
Brief description of cause:
Petition to compel arbitration and/or for Court to compel arbitration and/or assume jurisdiction over service failure Due to Respondent's bad-faith obstruction of the arbitration forum.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $210,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE __Hon. Stephen J. Murphy III__ DOCKET NUMBER __2:25-cv-13255__

DATE
3/2/2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Alexandra Baldwin 734-740-2771
Alexmbaldwin@gmail.com

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?            ☐ Yes
                                                                          ☒ No

If yes, give the following information:

Court: _U.S. District Court - Eastern_____

Case No.: _2:25-cv-13255_____

Judge: _Hon. Stephen J. Murphy III_____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other      ☐ Yes
            court, including state court? (Companion cases are matters in which  ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : This matter involves the same Defendant and identical infrastructure failure issues as the Casares matter.