UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDRA BALDWIN,

Plaintiff,

v.

MERCURY BROADBAND, LLC,

Defendant.

Case No. 26-10728
Honorable Shalina D. Kumar
Magistrate Judge David R. Grand

## ORDER STRIKING SECOND AMENDED COMPLAINT (ECF NO. 9)

On March 3, 2026, plaintiff Alexandra Baldwin ("Baldwin"), proceeding pro se, filed a "petition" against defendant Mercury Broadband, LLC alleging the Court has jurisdiction over her claims under 28 U.S.C. § 1331 and 9 U.S.C. § 4. ECF No. 1. On March 12, 2026, Baldwin filed a first amended complaint and a subsequent second amended complaint eighteen minutes later. ECF Nos. 6, 9. Each amendment differs substantially – from each other and her initial petition.

Federal Rule of Civil Procedure 12(a)(1) allows a party to amend their pleading "*once* as a matter of course." *See* Fed. R. Civ. P. 12(a)(1) (emphasis added). The first amended complaint constitutes Baldwin's "once as a matter of course" amendment. To file a second amended

complaint, Baldwin will need either the consent of the opposing parties, or to seek leave of Court by filing a motion to amend her complaint. *See* Fed. R. Civ. P. 15(a)(2). If Baldwin chooses to file a motion to amend, the motion must comply with the Federal Rules of Civil Procedure and the Eastern District of Michigan's Local Rules.

Accordingly, the Court **STRIKES** Baldwin's second amended complaint. ECF No. 9. As of now, the first amended complaint (ECF No. 6) is the operative one.

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
Dated: March 12, 2026                United States District Judge